Carlos VASQUEZ–CORADO, Petitioner,

v.

Eric H. HOLDER Jr., Attorney General, Respondent.

No. 08–71844.

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2009.*

Filed July 27, 2009.

Carlos Vasquez–Corado, Phoenix, AZ, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

David V. Bernal, Assistant Director, OIL, Jeffery R. Leist, Trial, Ernesto Horacio Molina, Jr., Esquire, Senior Litigation Counsel, Anthony Paul Nicastro, Esquire, Trial, DOJ–U.S. Department of Justice, Washington, DC, District Counsel Phoenix, Esquire, Office of the District Director U.S. Department of Homeland Security, Phoenix, AZ, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, THOMAS, and WARDLAW, Circuit Judges.

## MEMORANDUM **

Carlos Vasquez–Corado, a native and citizen of Guatemala, petitions pro se for review of the Department of Homeland Security's order reinstating his 1988 deportation order. We have jurisdiction pursuant to 8 U.S.C. § 1252, and we deny the petition for review.

Contrary to Vasquez–Corado's contention, the reinstatement of his 1988 deportation order was lawful. *See Duran Gonzales v. DHS,* 508 F.3d 1227, 1241–42 (9th Cir.2007), *abrogating Perez–Gonzalez v. Ashcroft,* 379 F.3d 783 (9th Cir.2004).

**PETITION FOR REVIEW DENIED.**

R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.